# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:10 CV 233

| | |
|---|---|
| RPM GROUP, LLC, | ) |
|     Plaintiff | ) |
| V | )    **ORDER** |
| RDLG, LLC; and GLENN G. GOLDAN, | ) |
|     Defendants | ) |

**THIS MATTER** is before the court on C. Frank Goldsmith, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Keith Lane Edmiston. It appearing that Keith Lane Edmiston is a member in good standing with the Tennessee Bar and will be appearing with C. Frank Goldsmith, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that C. Frank Goldsmith, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#7) of Keith Lane Edmiston is **GRANTED**, and that Keith Lane Edmiston is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with C. Frank Goldsmith, Jr.

Signed: November 1, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge