# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10cv233

| | |
|---|---|
| RPM GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| RDLG, LLC; and GLENN G. GOLDAN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motion of Plaintiff to Consolidate Actions. Initial review of such motion and attached brief does not reveal that counsel has complied with Local Civil Rule 7.1(B), which requires reflection of consultation with opposing counsel. Such rule expedites disposition of motions. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion of Plaintiff to Consolidate Actions (#14) is **DENIED** without prejudice for failure to reflect consultation with opposing counsel.

.

Signed: December 2, 2010

_____
Dennis L. Howell
United States Magistrate Judge